

FILED
CLERK, U.S. DISTRICT COURT
04/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF(S) | CASE NUMBER |
| v. | | 18-CR-02542-W-2   5:21-mj-00295 |
| NOE ARZATE-NEGRETE | DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Probation Violation Petition
in the Southern District of California on 5/28/2020
at 12:02 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 5/5/2020
in violation of Title 18 U.S.C., Section(s) 3583(e)(3)
to wit: _____

A warrant for defendant's arrest was issued by: Judge Thomas J. Whelan

Bond of $ 0 was ☒ set / ☐ recommended.

Type of Bond: None

Relevant document(s) on hand (attach): Probation Violation Petition & Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/21/21
                 Date

_[signature] #31083_
Signature of Agent

Steven Lipscomb
Print Name of Agent

US Marshal Service
Agency

Deputy Marshal
Title